**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MOSAIC FINANCIAL LTD., *et al.*, | ) | Case No. 1:23-cv-2064 |
| | ) | |
| Plaintiffs, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jennifer Dowdell Armstrong |
| MUTUAL SHAREHOLDER SERVICES, LLC, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER AND DISCOVERY SCHEDULE

On review of the Magistrate Judge's Report and Recommendation dated December 5, 2025 (ECF No. 41), and without objection, the Court **ADOPTS** the Report and Recommendation. Therefore, the Court sets the following schedule:

| | |
|---|---|
| Fact Discovery Deadline: | April 1, 2026 |
| Initial Expert Reports: | May 1, 2026 |
| Rebuttal Reports: | June 1, 2026 |
| Expert Discovery Cut-Off: | July 1, 2026 |
| Defendants' Motion for Summary Judgment: | August 3, 2026 |
| Plaintiff's Combined Cross-Motion and Opposition: | September 3, 2026 |
| Defendants' Combined Opposition and Reply: | October 5, 2026 |
| Plaintiff's Reply | October 19, 2026 |

Further, Court leaves the referral to the Magistrate Judge open to direct and oversee discovery and all other pretrial proceedings, except that the Magistrate Judge need not prepare a report and recommendation on any dispositive motions.

**SO ORDERED.**

Dated: December 22, 2025

                          J. Philip Calabrese
                          United States District Judge
                          Northern District of Ohio